(October 11, 1979)

■ BARBARA I. POPE, Respondent, v MICHAEL POPE, Appellant.—Order, Supreme Court, New York County, entered on April 24, 1979, unanimously affirmed, without costs and without disbursements. Respondent-appellant is directed to comply with the terms of the order appealed from within 20 days after the date of entry of this court's order. No opinion. Concur—Murphy, P. J., Birns, Fein, Bloom and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELICIANO MATOS, Appellant.—Judgment, Supreme Court, New York County, rendered on May 6, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Birns, Fein, Bloom and Silverman, JJ.

■ 260 WEST BROADWAY ASSOCIATES, Respondent, v BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Appellants.—Judgment, Supreme Court, New York County, entered on June 26, 1979, unanimously affirmed on the opinion of Shapiro, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Sandler, Sullivan, Lane and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS GARCIA, Appellant.—Judgment, Supreme Court, New York County, rendered on December 1, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Sullivan, Lane and Lupiano, JJ.

(October 16, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND FLOOD, Appellant.—Judgment, Supreme Court, Bronx County, rendered on September 7, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Markewich, Ross and Lynch, JJ.

■ EDWARD L. SKOLNIK, Appellant, v SEYMOUR M. KLEIN et al., Respondents.—Order, Supreme Court, New York County, entered on July 11, 1978, unanimously affirmed. Respondents shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court entered on September 21, 1978, is dismissed as academic without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sandler, Lane, Markewich and Lupiano, JJ.